ORDERED.

Dated: June 03, 2019

/s/ Jerry A. Funk
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

CASE NO.: 18-03558-PMG

JOSEPH MICHAEL THOMAS,

    Debtor.
_____/

**CONSENT ORDER GRANTING MOTION**
**FOR RELIEF FROM AUTOMATIC STAY FILED**
**BY NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER**

This Chapter 7 case came before the Court on the Motion for Relief from Automatic Stay (the "Motion") filed by Nationstar Mortgage, LLC d/b/a Mr. Cooper ("Mr. Cooper") on April 29, 2019 (Doc. No. 39), and the response thereto filed on May 9, 2019 (the "Response") (Doc. No. 41) by Gordon P. Jones, the Chapter 7 Trustee (the "Trustee"). Upon agreement of the parties, it is **ORDERED:**

1. The Motion is granted, subject to the provisions herein.

2. The automatic stay arising by virtue of 11 U.S.C. § 362 of the Bankruptcy Code is terminated as to Mr. Cooper's interest in the Property (defined herein below), *effective one-hundred and twenty (120) days from the date of entry of this Order*.

3. To the extent herein, Mr. Cooper shall be entitled to *in rem* relief as to its interest in the real property commonly known as 96347 Starfish Drive, Yulee, Florida 32097 (the "Property"), and which Property is more specifically described as:

> **LOT 320, HERON ISLES PHASE TWO, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 7, PAGES 218 THROUGH 228, OF THE PUBLIC RECORDS OF NASSAU COUNTY, FLORIDA.**
>
> **Parcel ID No. 37-3N-28-0740-0320-0000.**

4. In the event Mr. Cooper provides written approval to a sale of the Property, the parties may request from the state court that any scheduled foreclosure sale of the Property be delayed to facilitate such sale.

5. This Order is entered for the sole purpose of allowing Mr. Cooper to complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just. Mr. Cooper shall not obtain *in personam* relief against the Debtor, Joseph Michael Thomas.

6. The 14-day stay imposed by Fed. R. Bankr. P. 4001(a)(3) is waived.

The parties consent to the form and substance of this Order.

*/s/ Eugene H. Johnson*
_____
Eugene H. Johnson, Esq.
Florida Bar No. 0032105
Lauren W. Box, Esq.
Florida Bar No. 0106242
Johnson Law Firm, P.A.
100 North Laura Street, Suite 701
Jacksonville, Florida 32202
Telephone: (904) 652-2400
ehj@johnsonlawpa.com
lauren@johnsonlawpa.com

*Attorneys for Gordon P. Jones,
Chapter 7 Trustee*

/s/Steven G. Powrozek
Steven G. Powrozek, Esq.
Florida Bar No. 0316120
Shapiro, Fishman & Gaché, LLP
4630 Woodland Corporate Boulevard
Suite 100
Tampa, Florida  33614
Telephone: (813) 367-5813
spowrozek@logs.com

*Attorneys for Nationstar Mortgage, LLC d/b/a Mr. Cooper*

*Filer's Attestation:  Pursuant to Local Rule 1001-2(e)(3) regarding signatures, Eugene H. Johnson, Esq. attests that concurrence in the filing of this paper has been obtained.*

Attorney Eugene H. Johnson, Esq. is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.